UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x

JOHN WILEY & SONS, INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

           Plaintiffs,

   -against-                   08 Civ.

TEXTBOOKXPRES, MENG LEE YAK,
CHARLES DAVID NANNEY, JR., AND
FOOKMOY WONG ALL D/B/A
TEXTBOOKXPRES D/B/A BESTBUY
D/B/A INTERNATIONALEDITION
AND JOHN DOES NOS. 1-5,

           Defendants.

------------------x

JUDGE STEIN

08 CV 6851

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: July 31, 2008

_William Dunnegan_
SIGNATURE OF ATTORNEY