```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JOHN WILEY & SONS, INC. AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                       :
                Plaintiffs,
                                       :
       -against-                           08 Civ. 6851 (SHS)
                                       :
TEXTBOOKXPRES, MENG LEE YAK,
CHARLES DAVID NANNEY, JR., AND         :
FOOKMOY WONG ALL D/B/A
TEXTBOOKXPRES D/B/A BESTBUY            :
D/B/A INTERNATIONALEDITION
AND JOHN DOES NOS. 1-5,                :

                Defendants.            :

- - - - - - - - - - - - - - - - - -x
```

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. ("McGraw-Hill") certifies that McGraw-Hill is a publicly-held company traded on the New York Stock Exchange. T. Rowe Price Group, Inc., a publicly-held company that trades on the NASDAQ, indirectly owns more than 10 percent of McGraw-Hill through its wholly-owned subsidiary T. Rowe Price Associates, Inc. No other

publicly-held company has a 10 percent or greater direct or indirect ownership interest in McGraw-Hill.

DATE: 8/22/08

_____
SIGNATURE OF ATTORNEY