UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

JOHN WILEY & SONS, INC. AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                     :

                    Plaintiffs,
                                     :

     -against-                            08 Civ. 6851 (SHS)
                                     :

TEXTBOOKXPRES, MENG LEE YAK,
CHARLES DAVID NANNEY, JR., AND       :
FOOKMOY WONG ALL D/B/A
TEXTBOOKXPRES D/B/A BESTBUY          :
D/B/A INTERNATIONALEDITION
AND JOHN DOES NOS. 1-5,              :

                    Defendants.   :

- - - - - - - - - - - - - - - - - - - - -x

NOTICE OF DISMISSAL OF DEFENDANTS
TEXTBOOKXPRES, MENG LEE YAK, CHARLES
DAVID NANNEY, JR., FOOK MOY WONG,
AND JOHN DOES NOS. 1-5

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, plaintiffs hereby dismiss

their claims against defendants Meng Lee Yak, Charles David

Nanney, Jr., Fook Moy Wong, and John Doe Nos. 1-5 without

prejudice and without costs.

Dated:   New York, New York
         September 5, 2008

                                    DUNNEGAN LLC


                              By _____
                                    William Dunnegan (WD9316)
                                    wd@dunnegan.com
                                    Laura Scileppi (LS0114)
                                    ls@dunnegan.com
                                 Attorneys for Plaintiffs
                                    John Wiley & Sons, Inc. and
                                    The McGraw-Hill Companies, Inc.
                                 350 Fifth Avenue
                                 New York, New York 10118
                                 212-332-8300